

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00302-CR

MONTE ERIC JORDAN A/K/A JONATHAN CHRISTOPHER MCCONELL A/K/A
JONATHAN CHIRS MCCONELL A/K/A CHRIS MCCONELL
v.
THE STATE OF TEXAS

On Appeal from the
404th District Court of Cameron County, Texas
Trial Court Cause No. 2017-DCR-1549

## JUDGMENT

This Court's judgment issued on July 13, 2023, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified by this Court. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

September 28, 2023